UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SUCHODOLSKI,

       Plaintiff,

                                  Case No. 1:09-cv-971

v.

                                  HONORABLE PAUL L. MALONEY

GEORGIA CHECK RECOVERY, INC.,

       Defendant.

_____/

## ORDER OF DISMISSAL

       This Court having sent to counsel for plaintiff a notice of impending dismissal for

failure to serve, and the Court having received no response;

       NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure,

this matter is hereby **DISMISSED without prejudice**.

       **IT IS SO ORDERED**.

Dated: February 24, 2010             /s/ Paul L. Maloney_____
                                Paul L. Maloney
                                Chief United States District Judge